MARGA HENKL v. JEAN ALLARD.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

BERNARD RAYMOND, as Administratrix, etc., v. HYMAN D. BAKER.— Motion to dismiss appeal denied, with leave to plaintiff to stipulate that said appeal be withdrawn. Upon such stipulation being given, said appeal is withdrawn in accordance with the offer of defendant. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of ISIDORE BRODER, Respondent, and JOSEPH HOLDER, Appellant.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

NATHAN REISS, by ABRAHAM REISS, His Guardian ad Litem, v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so that the appeal can be argued on or before October 14, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS DENERHOFF.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES B. GRUNDSTEIN and SYDNEY GRUNDSTEIN.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

ETHEL D. MESCH v. EDWARD A. MESCH.— Motion granted and appellant's time in which to serve and file the record on appeals extended to and including the 25th day of September, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Election of Trustees of the RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

GILBERT A. SHOEMAKER v. ISAAC F. RUSSELL and Others.— Motion granted so far as to stay entry of judgment pending determination by this court of the appeals. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LIBORIO D'ANGELO.— Motion granted and appellant's time in which to file his points extended to and including the 15th day of October, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

WILLIAM HOM v. WILLIAM H. KRIMKO and Another.— Motion granted and appeal set down for argument for the 8th day of October, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN J. WELCH and Others v. MARVIN W. DITTO and Others.— Motion granted, unless plaintiff stipulates as stated in order; in which event, the motion is granted only so far as to extend appellant's time for ten days after service of such stipulation and of this order with notice of entry thereof. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.